UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re:   Dunia Licida Matute                                  Case No. 11-61981

                                                                                Chapter 7

       Debtor(s).

### MOTION FOR TURNOVER ORDER FOR DOCUMENTS

Comes now William F. Schneider, Trustee in the above-styled case, and moves the Court for the entry of an order requiring the Debtor to turn over to the Trustee: (1) as soon as filed, copies of her 2011 federal and Virginia income tax returns; and (2) 59.18% share of any non-exempt 2011 tax refund which the debtor may be entitled to receive.

Dated:  October 5, 2011                      **/s/ William F. Schneider**
                                                              William F. Schneider, Trustee
                                                              P.O. Box 739
                                                              Lynchburg, VA  24505
                                                              434.528.0411
                                                              434.845.3666 (FAX)